# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Lamont D. Cooper and Black Jockey Company, <br><br> *Plaintiff,* <br><br> v. <br><br> Jockey International, Inc., <br><br> *Defendants*. | Case No. 1:25-cv-00811-TRJ |

## ENTRY OF APPEARANCE

Matthew A. Nanninga and Neil A. Brunetz of Drew, Eckl & Farnham, LLP respectfully enter their appearance as counsel of record, for Defendant Jockey International, Inc.  All pleadings, notices, correspondence, orders and other matters required by law to be served on Plaintiff and/or Defendants shall also be served upon the undersigned counsel of record as follows:

Matthew A. Nanninga
Neil A. Brunetz
Drew, Eckl & Farnham, LLP
303 Peachtree Street, NE, Suite 3500
Atlanta GA 30308
404-885-1400
nanningam@deflaw.com
brunetzn@deflaw.com

Dated this 5th day of June, 2025.

_/s/ Neil A. Brunetz_
Neil A. Brunetz
Georgia Bar No. 090799

_/s/ Matthew A. Nanninga_
Matthew A. Nanninga
Georgia Bar No. 159070

DREW ECKL & FARNHAM, LLP
303 Peachtree Street, NE, Suite 3500
Atlanta, GA 30308
T:  (404) 885-1400
F:  (404) 876-0092
E:  nanningam@deflaw.com
E:  brunetzn@deflaw.com

## CERTIFICATE OF COMPLIANCE

Counsel for Defendant hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(C): Times New Roman (14 point).

This 5th day of June, 2025.

*/s/ Neil A. Brunetz*

Neil A. Brunetz, GA Bar No. 090799
Matthew A. Nanninga, GA Bar No. 159070
DREW ECKL & FARNHAM, LLP
303 Peachtree Street NE, Suite 3500
Atlanta, GA 30308
Tel: (404) 885-1400
brunetzn@deflaw.com
nanningam@deflaw.com
*Attorneys for Defendant –*
*Jockey International, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day filed **Entry of Appearance** with the Clerk of Court, using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Stephen M. Katz                         Dayna C. Cooper
The Katz Law Group, LLC         Cooper Legal, LLC
137 Johnson Ferry Road           1 Olympic Place, Suite 900
Suite 2230                               Towson, MD 21204
Marietta, GA 30068-4949         Dayna@CooperLegalSolutions.com
smkatz@katz.legal

This 5th day of June, 2025.

/s/ Neil A. Brunetz
Matthew A. Nanninga
GA Bar No. 159070
Neil A. Brunetz
GA Bar No. 090799
*Attorneys for Defendant*

DREW ECKL & FARNHAM, LLP
303 Peachtree Street, NE, Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
mnanninga@deflaw.com
nbrunetz@deflaw.com

15366435v1
37517-296193