IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAMONT D. COOPER,<br><br>Plaintiff,<br><br>v.<br><br>JOCKEY INTERNATIONAL, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:25-cv-00811-TRJ |

# ORDER

This case (1:25-cv-00811-TRJ) and the pending related case (1:24-cv-05294-TRJ) are **REFERRED** to Chief Magistrate Judge Vineyard for assignment for mediation before the next Magistrate Judge on the rotation, with both cases to be assigned to the same Magistrate Judge for mediation on the same date. The parties are **ORDERED** to file a joint status report indicating the outcome of mediation no later than two business days following the completion of mediation.

SO ORDERED, this 6th day of June, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge