# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-00811-TRJ
## Cooper v. Jockey International, Inc.
## Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 08/19/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 1:55 P.M.     TAPE NUMBER: Zoom
TIME IN COURT: 3:55     DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Neil Brunetz representing Jockey International, Inc. <br> Dayna Cooper representing Lamont D. Cooper <br> Nathan Oesch representing Jockey International, Inc. <br> Johanna Wilbert representing Jockey International, Inc. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | The parties participated in a settlement conference which the Court has continued to November 25, 2025 at 10:00 AM. The settlement conference remains open. |
| ADDL HEARING(S) SCHEDULED: | Settlement Conference set for 11/25/2025 at 10:00 AM in No Courtroom; |