# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:25-cv-00811-TRJ
### Cooper v. Jockey International, Inc.
### Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 11/25/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:37 P.M.     TAPE NUMBER: Zoom
TIME IN COURT: 4:37     DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Neil Brunetz representing Jockey International, Inc. |
| | Dayna Cooper representing Lamont D. Cooper |
| | Nathan Oesch representing Jockey International, Inc. |
| | Johanna Wilbert representing Jockey International, Inc. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | The parties participated in a settlement conference which the Court has continued to January 22, 2026 at 10:15 AM. The settlement conference remains open. |