# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-00811-TRJ
## Cooper v. Jockey International, Inc.
## Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 01/22/2026.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 1:24 P.M.          TAPE NUMBER: Zoom
TIME IN COURT: 3:09                       DEPUTY CLERK: Phyllis Brannon
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Neil Brunetz representing Jockey International, Inc.<br>Dayna Cooper representing Lamont D. Cooper<br>Nathan Oesch representing Jockey International, Inc.<br>Johanna Wilbert representing Jockey International, Inc. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | The parties participated in a settlement conference which the Court has continued to May 8, 2026 at 10:00 AM. The settlement conference remains open. |
| HEARING STATUS: | Hearing not concluded. |