# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-00811-TRJ
## Cooper v. Jockey International, Inc.
## Honorable Regina D Cannon

Minute Sheet for proceedings held In Open Court on 05/18/2026.

TIME COURT COMMENCED: 12:00 P.M.
TIME COURT CONCLUDED: 12:27 P.M.
TIME IN COURT: 00:27 (includes phone calls)
OFFICE LOCATION: Atlanta

TAPE NUMBER: Zoom
DEPUTY CLERK: Phyllis Brannon

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Dayna Cooper representing Lamont D. Cooper<br>Nathan Oesch representing Jockey International, Inc.<br>Johanna Wilbert representing Jockey International, Inc. |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Settlement Conference resumed. The parties reached a settlement agreement. Case settled. |
| HEARING STATUS: | Hearing Concluded |