**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

LAMONT D. COOPER,

                  Plaintiff(s),

vs.

JOCKEY INTERNATIONAL, INC.,

                  Defendant(s).

CIVIL ACTION FILE

NO.   1:25-cv-00811-TRJ

## J U D G M E N T

This action having come before the court, Honorable Tiffany R. Johnson, United States District Judge, for consideration, it is

**Ordered and adjudged** that the action be **DISMISSED** with prejudice.

Dated at Atlanta, Georgia, this 15th day of June, 2026.

                  KEVIN P. WEIMER
                  CLERK OF COURT

        By:  s/D. Salpeter
             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 15, 2026
Kevin P. Weimer
Clerk of Court

By: s/D. Salpeter
      Deputy Clerk