**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LAMONT D. COOPER<br><br>Plaintiff(s),<br><br>vs.<br><br>JOCKEY INTERNATIONAL, INC. et al<br><br>Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:25-cv-00811-TRJ |

**JUDGMENT**

This action having come before the court, Honorable Tiffany R. Johnson, United States District Judge, for consideration, it is

**Ordered and adjudged** that the action be **DISMISSED** with prejudice.

Dated at Atlanta, Georgia, this 28th day of August, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/D. Salpeter
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 28, 2026
Kevin P. Weimer
Clerk of Court

By: s/D. Salpeter
Deputy Clerk